# IN THE SUPREME COURT OF PENNSYLVANIA
## MIDDLE DISTRICT

| | |
|---|---|
| COMMONWEALTH OF PENNSYLVANIA, | : No. 402 MAL 2011 |
| | : |
| Respondent | : |
| | : Petition for Allowance of Appeal from the |
| | : **Published Opinion and Order** of the |
| v. | : Superior Court at No. 352 EDA 2010, at |
| | : 18 A.3d 1229 (Pa. Super. 2011) filed April |
| | : 20, 2011, **affirming** the Judgment of |
| HUGO MARCUS SELENSKI, | : Sentence of the Monroe County Court of |
| | : Common Pleas at No. |
| Petitioner | : CP-45-CR-0001225-2006 filed September |
| | : 21, 2009 |

## ORDER

**PER CURIAM**                                    **DECIDED:  August 29, 2014**

**AND NOW**, this 29th day of August, 2014, the Petition for Allowance of Appeal is **GRANTED**, **LIMITED TO** Petitioner's first issue, as stated by Petitioner:

> Does the constitutional right to present a defense include the right to offer proven science bearing on the understanding of human memory and perception, and police practices in the identification process, where those advances are unknown to laypersons?

Further, the Superior Court's order affirming the judgment of sentence is **VACATED**, and the matter is **REMANDED** to the Superior Court for further consideration in light of Commonwealth v. Walker, ___ A.3d ___, 2014 WL 2208139 (Pa. 2014).  In all other respects, the Petition for Allowance of Appeal is **DENIED**.

Jurisdiction relinquished.